THERESA L. KITAY (SBN 237311)
tkitay@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
3414 Peachtree Road, NE, Suite 1500
Atlanta, GA  30326
Telephone: 404-577-6000
Facsimile: 404-221-6501
*Attorney for Defendants 6th/Vermont
RX Associates, LLC and Essex Property Trust, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE PERALES, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>6TH/VERMONT RX ASSOCIATES, LLC, a California limited liability company; ESSEX PROPERTY TRUST, INC., a Maryland corporation, and DOES 1-10,<br><br>  Defendants. | Case No. 8:23-cv-02051<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441, AND 1446**<br><br>REMOVAL FILED: NOVEMBER 1, 2023<br><br>[Originally Orange County Superior Court, Case No. 30-2023-01349593-CU-CR-NJC] |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

1. Pursuant to Title 28, United States Code, Section 1331, 1367, 1441, and 1446, Defendants 6th/Vermont RX Associates, LLC ("Vermont RX") and Essex Property Trust, Inc. ("Essex") (collectively Defendants) remove the above-

1

entitled action from the Superior Court for Orange County, California to the United States District Court for the Central District of California.

2. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because this action involves a claim that arises under the Constitution, laws, or treaties of the United States.

3. On September 12, 2023, Plaintiff filed a Verified Complaint in the Superior Court entitled *Jose Perales v. 6th/Vermont RX Associates, LLC, Essex Property Trust, Inc., and Does 1-10*, Case No. 30-2023-01349593-CU-CR-NJC.

4. The Complaint purports to state causes of action against Defendants for violations of the: (1) Federal Fair Housing Act; (2) California Fair Employment and Housing Act; (3) California Unruh Civil Rights Act; and (4) California Disabled Persons Act.

5. On October 2, 2023, Plaintiff served Defendants Vermont RX and Essex with the Complaint and Summons. The unidentified Doe Defendants have not been served.

6. In accordance with Section 1446(a), attached as **Exhibits 1-5**, Defendants file herewith copies of all Superior Court Actions filing to date.

7. A Notice to the State Court of Removal will be filed with the Superior Court and served on Plaintiff through his attorney, as required under 28 U.S.C. § 1446(d). Likewise, Defendants are providing written notice of the filing of this

Notice of Removal to Plaintiff, as evidenced by the Certificate of Service. 28 U.S.C. § 1446(d). In addition, in accordance with Local Rule 7.1-1, a Notice of Interested Parties is being filed concurrently with this Notice of Removal.

8. An action is removable if a federal court has original jurisdiction. 28 U.S.C. § 1441(a-b). A federal court has original jurisdiction under two circumstances: (1) where the controversy involves a federal question, or (2) where there is diversity of citizenship between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. §§ 1331, 1332.

9. Here, this Court has original federal question jurisdiction because Plaintiff attempts to assert a claim under the Fair Housing Amendments Act of 1988 ("FHA"), 42 U.S.C. § 3601 *et seq.* (*See* Compl. at ¶¶ 45-52). Accordingly, the Court has original federal question jurisdiction. This action is removable.

10. Additionally, Plaintiff purports to bring state law claims arising out of the same facts and circumstances of Plaintiff's claims under the FHA. (*See* Compl. at ¶¶ 53-81). This Court can exercise supplemental jurisdiction over Plaintiff's state law claims, and such exercise is warranted under these circumstances to prevent the needless waste of resources of the court systems and litigants. *See* 28 U.S.C. ¶ 1367(a); *City of Chicago v. Int'l Coll. Of Surgeons,* 522 U.S. 156, 164-65 (1997) ("the federal courts' original jurisdiction over federal questions carries with it jurisdiction over state law

claims that derive from a common nucleus of operative fact, such that the relationship between the federal claim and the state claim permits the conclusion that the entire action before the court comprises but one constitutional case.") (internal citations omitted). All of Plaintiff's claims are factually interdependent because they arise under the same factual allegations, and the Court should exercise supplemental jurisdiction over Plaintiff's state law claims.

11. Plaintiff purportedly served Defendants on October 2, 2023. A notice of removal of a civil action is required to be filed within thirty (30) days after the receipt by the defendant, through service, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. 28 U.S.C. § 1446(b). Thirty days after purported service is November 1, 2023. This removal is timely.

12. The Superior Court for Orange County, California is a state court within this District. Therefore, venue is proper. 28 U.SC. § 1441(a).

WHEREFORE, Defendants requests that this Court make any and all orders necessary to affect the removal of this case from the Superior Court of the State of California for Orange County to effect and prepare in this Court a true record of all proceedings that may have been had in said state court.

| | | |
|---|---|---|
| DATED: November 1, 2023 | | BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC |
| | By: | /s/ Theresa L. Kitay |
| | | THERESA L. KITAY<br>*Attorney for Defendants 6th/Vermont RX Associates, LLC and Essex Property Trust, Inc.* |

THERESA L. KITAY (SBN 237311)
tkitay@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
3414 Peachtree Road, NE, Suite 1500
Atlanta, GA  30326
Telephone: 404-577-6000
Facsimile: 404-221-6501
*Attorney for Defendants 6th/Vermont
RX Associates, LLC and Essex Property Trust, Inc*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE PERALES, an individual, | Case No. 8:23-cv-02051 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| 6TH/VERMONT RX ASSOCIATES, LLC, a California limited liability company; ESSEX PROPERTY TRUST, INC., a Maryland corporation, and DOES 1-10, | REMOVAL FILED: NOVEMBER 1, 2023 [Originally Orange County Superior Court, Case No. 30-2023-01349593-CU-CR-NJC] |
| Defendants. | |

## PROOF OF SERVICE

I am a resident of the State of Georgia, over the age of eighteen years, and not a party to the within action. My business address is 3414 Peachtree Road, NE, Suite 1500, Atlanta, Georgia 30326. On 11/01/23 I served the within document(s):

1) Defendants' Notice of Removal of Civil Action Pursuant to 28 U.S.C. Sections 1331, 1367, 1441, and 1446

on the interested parties in this action by transmitting true copies thereof addressed as stated below:

| | |
|---|---|
| Cody Cooper | ***Attorney for Plaintiff*** |
| Anoush Hakimi | ***Jose Perales*** |
| Peter Shahriari | |
| LAW OFFICES OF HAKIMI & SHAHRIARI | |
| 15760 Ventura Blvd., Suite 650 | |
| Encino, CA 91436 | |
| Tel:   888-635-2250 | |
| Email:   cody@handslawgroup.com,   anoush@handslawgroup.com, peter@handslawgroup.com | |

X **(BY MAIL):** I deposited such envelope in the mail at Atlanta, Georgia with postage fully prepaid. I am readily familiar with this firm's Practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Atlanta, Georgia in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at Atlanta, Georgia.

X **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated above.

☐ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States and the State of Georgia that the above is true and correct. Executed on 11/1/23 in Atlanta, Georgia.

Name: <u>Sarah Toenes</u>   _____
                             Sarah Toenes