1  Anoush Hakimi (SBN 228858)
2  anoush@handslawgroup.com
   Peter Shahriari (SBN 237074)
3  peter@handslawgroup.com
4  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
   15760 Ventura Blvd., Suite 650
5  Encino, CA 91436
6  Telephone: (888) 635-2250
   Facsimile: (213) 402-2170
7  Attorneys for Plaintiff,
   **JOSE PERALES**
8
9  THERESA L. KITAY (SBN 237311)
   tkitay@bakerdonelson.com
10 BAKER, DONELSON, BEARMAN, CALDWELL
   & BERKOWITZ, PC
11 3414 Peachtree Road, NE, Suite 1500
   Atlanta, GA  30326
12 Telephone: 404-577-6000
   Facsimile: 404-221-6501
13
   Attorney for Defendants,
14 **6TH/VERMONT RX ASSOCIATES, LLC AND ESSEX PROPERTY TRUST, INC.**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PERALES, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>6TH/VERMONT RX ASSOCIATES, LLC, a California limited liability company; ESSEX PROPERTY TRUST, INC., a Maryland corporation; and DOES 1-10,<br><br>   Defendants. | Case No.: 8:23-cv-02051-DFM<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hon. Douglas F. McCormick |

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

4872-2955-4406v1
2957076-000022 09/19/2024

## STIPULATION

The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action. Each party to bear its own attorney's fees and costs.

DATED:             THE LAW OFFICE OF HAKIMI & SHAHRIARI

                   By:  */s/Peter Shahriari*
                        PETER SHAHRIARI, ESQ.
                        Attorney for Plaintiff JOSE PERALES

DATED:             BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

                   By:  */s/ Theresa L. Kitay*
                        THERESA L. KITAY, ESQ.
                        Attorney for Defendants 6th/Vermont RX Associates, LLC and Essex Property Trust, Inc.

## SIGNATURE ATTESTATION

I, Peter Shahriari attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/*Peter Shahriari*
Peter Shahriari

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and for good cause show, this case is dismissed with prejudice. Each party will bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: _____

                                                                  _____
                                                                  The Honorable Douglas F. McCormick
                                                                  United States District Court