JS-6

Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
15760 Ventura Blvd., Suite 650
Encino, CA 91436
Telephone: (888) 635-2250
Facsimile: (213) 402-2170
Attorneys for Plaintiff,
**JOSE PERALES**

THERESA L. KITAY (SBN 237311)
tkitay@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, PC
3414 Peachtree Road, NE, Suite 1500
Atlanta, GA  30326
Telephone: 404-577-6000
Facsimile: 404-221-6501

Attorney for Defendants,
**6TH/VERMONT RX ASSOCIATES, LLC AND
ESSEX PROPERTY TRUST, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PERALES, an individual, | Case No.: 8:23-cv-02051-DFM |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| 6TH/VERMONT RX ASSOCIATES, LLC, a California limited liability company; ESSEX PROPERTY TRUST, INC., a Maryland corporation; and DOES 1-10, | Hon. Douglas F. McCormick |
| Defendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

4872-2955-4406v1
2957076-000022 09/19/2024

**STIPULATION**

The parties acting through counsel, and pursuant to <u>Federal Rule of Civil Procedure 41(a)(1)(A)(ii)</u> hereby stipulate to the dismissal with prejudice of this action. Each party to bear its own attorney's fees and costs.

DATED:                               THE LAW OFFICE OF HAKIMI & SHAHRIARI


                                     By:   */s/Peter Shahriari*
                                           PETER SHAHRIARI, ESQ.
                                           Attorney for Plaintiff JOSE PERALES


DATED:                               BAKER, DONELSON, BEARMAN, CALDWELL
                                     & BERKOWITZ, PC


                                     By:   */s/ Theresa L. Kitay*
                                           THERESA L. KITAY, ESQ.
                                           Attorney for Defendants 6th/Vermont RX
                                           Associates, LLC and Essex Property Trust,
                                           Inc.

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

4872-2955-4406v1
2957076-000022 09/19/2024

1

## **SIGNATURE ATTESTATION**

2

3    I, Peter Shahriari attest that all other signatories listed, and on whose behalf the
4    filing is submitted, concur in the filing's content and have authorized the filing.

5

6                                    /s/*Peter Shahriari*
                                     Peter Shahriari
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         3
JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

4872-2955-4406v1
2957076-000022 09/19/2024

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and for good cause show, this case is dismissed with prejudice. Each party will bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: __October 7, 2024__

_____

The Honorable Douglas F. McCormick

United States District Court

---

4

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

4872-2955-4406v1
2957076-000022 09/19/2024

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and for good cause show, this case is dismissed with prejudice. Each party will bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: _____

_____

The Honorable Douglas F. McCormick

United States District Court

4

JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

4872-2955-4406v1

2957076-000022 09/19/2024